| **Return** | |
|---|---|
| Case No:<br><br>2:19-MJ-04758 | Date and time warrant served on provider:<br><br>11/8/2019   2:48 p.m. |

*Inventory made in the presence of:* Andrew Marquette

*Inventory of data seized:*
[Please provide a description of the information produced.]

Approximatly 250 GB of digital data was provided by Google LLC
on 12/10/2019 and 1/03/2020.

No data was seized.

| **Certification** |
|---|

I declare under penalty of perjury that I am an officer involved in the execution of this warrant, and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 5/4/2020

_____
*Executing officer's signature*

Special Agent Andrew Marquette
*Printed name and title*